IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–000512–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAYMOND SIMON MEFFORD,

    Defendant.

---

# **ORDER**

---

    This matter comes before the court on Defendant's motion for reconsideration of his sentence (#48). The court is of the view that it has no jurisdiction to take the action requested. It is therefore

    **ORDERED** that the referenced motion be DENIED.

Dated this 17th day of June, 2008.

                                                        BY THE COURT:

                                                         s/ Edward W. Nottingham
                                                         EDWARD W. NOTTINGHAM
                                                         Chief United States District Judge